**Order entered August 21, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00380-CV

**RICHARD A. MYERS, ET AL., Appellants**

**V.**

**LINDA PAVLIK, ET AL., Appellees**

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-13928**

## ORDER

We **GRANT** appellant's August 16, 2013 motion for an extension of time to file a notice of appeal. The notice of appeal filed by appellants on March 20, 2013 is deemed timely for jurisdictional purposes.

/s/     DAVID LEWIS
          JUSTICE